IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE STANLEY JAMES DEVELOPMENT CORPORATION,<br>Debtor | : <br> : <br> : |
| STANLEY JAMES DEVELOPMENT CORPORATION,<br>Appellant | : <br> : <br> :    CIVIL NO. AMD 00-1305 |
| v. | :    BANKRUPTCY CASE NO.<br> :    98-6-7627-SD |
| BRIAN A. GOLDMAN, TRUSTEE,<br>Appellee | : |

...oOo...

ORDER

Appellee's motion to dismiss appeal, originally filed in the Bankruptcy Court, has been transmitted to this court for determination. In my order of February 29, 2000, I dismissed an earlier interlocutory appeal in this bankruptcy case because Mr. James King, the Debtor's principal, being fully aware of this court's Local Rule 101, requiring that a corporation appear by counsel, failed to obtain an appearance by counsel. Nevertheless, Mr. King, who is not an attorney admitted to practice in this district, has once again purported to note an appeal on behalf of the corporate defendant.

Appellant shall, on or before May 12, 2000, procure an appearance on its behalf of an attorney admitted to practice in this district, WHO SHALL, ON OR BEFORE May 15, 2000, file a response to the motion to dismiss appeal, or the motion to dismiss appeal shall be granted forthwith.

It is this 8th day of May, 2000, SO ORDERED.




The Clerk shall TRANSMIT a copy of this Order to all counsel and interested parties and to the Clerk of the United States Bankruptcy Court for this district.

_____
ANDRE M. DAVIS
United States District Judge