IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE STANLEY JAMES
DEVELOPMENT CORPORATION,
    Debtor

STANLEY JAMES DEVELOPMENT : CIVIL NOS. AMD 00-1305 &
CORPORATION, :              AMD 00-1357
    Appellant

v.                                       BANKRUPTCY CASE NO.
                                          98-6-7627-SD

BRIAN A. GOLDMAN, TRUSTEE,
    Appellee

...oOo...

ORDER

The corporate Appellant in case no. AMD 00-1357 has apparently obtained representation by counsel. It is not clear whether Mr. James has standing, individually, to appeal the bankruptcy court's order. In any event, this Court will strictly enforce the time limits in these cases.

It is this 16th day of May, 2000, SO ORDERED.

The Clerk shall TRANSMIT a copy of this Order to all counsel and interested parties and to the Clerk of the United States Bankruptcy Court for this district.

_____
ANDRE M. DAVIS
United States District Judge