IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE STANLEY JAMES DEVELOPMENT CORPORATION, Debtor | |
| STANLEY JAMES DEVELOPMENT CORPORATION, Appellant | CIVIL NOS. AMD 00-1305 & AMD 00-1387 |
| v. | BANKRUPTCY CASE NO. 98-6-7627-SD |
| BRIAN A. GOLDMAN, TRUSTEE, Appellee | |

...oOo...

ORDER

As a result of a docketing error in this Court, I erroneously issued an Order on May 16, 2000, in case number AMD 00-1305, observing that it was questionable whether Mr. Stanley James, the Debtor/Appellant's president, had standing to appeal the orders of the Bankruptcy Court. In fact, Mr. James has not noted an appeal in his individual capacity in any of the multitude of appeals (there have now been at least four) in these proceedings. As I have repeatedly cautioned him, and as he full well knows, he is not authorized to practice law and therefore may not represent the corporate Appellant in these cases.

Accordingly, it is this 19th day of May, 2000, by the United States District Court for the District of Maryland ORDERED

(1) That the motions to dismiss appeal filed in these cases are GRANTED AND THESE APPEALS ARE DISMISSED; and it is further ORDERED.

(2) The Clerk shall CLOSE THESE CASES and TRANSMIT a copy of this Order



to all counsel and interested parties and to the Clerk of the United States Bankruptcy Court for this district.

_____
ANDRE M. DAVIS
United States District Judge